# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| NATHANIEL DJANIE,              ) | |
| Petitioner,                    ) | |
| v.                             ) | Case No.: 4:13-cv-1051-VEH-SGC |
| ERIC HOLDER, et al.,           ) | |
| Respondents.                   ) | |

### MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. 14), filed October 31, 2014. In their motion, Respondents note that Petitioner was removed from the United States on October 14, 2014. (Doc. 14-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

**DONE** this 4th day of November, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge